UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ANDRE CHRISTENSEN, | No. 2:23-cv-02846-DJC-DB |
| Petitioner, | |
| v. | ORDER |
| JUDGE IN THE STATE OF CALIFORNIA, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 21, 2024, the Magistrate Judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the Findings and Recommendations.

    The Court has reviewed the file and declines to adopt the Findings and Recommendations.  The Magistrate Judge's Findings and Recommendations were based on the fact that mail was returned as undeliverable, with an indication that Plaintiff had been released from custody.  However, the Findings and

1  Recommendations were served by mail on March 21, 2024 and April 22, 2024, and
2  neither were returned as undeliverable.  Moreover, the Sacramento County Sheriff's
3  Office Inmate Information website[1] indicates that Plaintiff is once again in custody,
4  such that the address on file is correct.  Plaintiff is cautioned, however, that he must
5  keep the Court apprised of his current address at all times and that failure to properly
6  update his address may result in dismissal of this action for failure to prosecute.  *See*
7  Local Rule 183(b).

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The Findings and Recommendations (ECF No. 43) are NOT ADOPTED; and

        2.   This action is referred back to the Magistrate Judge for all further pretrial proceedings.

        IT IS SO ORDERED.

Dated:  **May 31, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

.800

---

[1] The Sacramento County Sheriff's Office Inmate Information website can be accessed at: https://www.sacsheriff.com/InmateInformation/